IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30490
Summary Calendar
_____

ROBERT KEVIN MCCARTNEY,

Plaintiff-Appellant,

versus

CLYDE TERRAL; MIKE VILLARD; CLIFFORD STRIDDER;
JAMES BUCK; CHARLES WAGNER,

Defendants-Appellees.

* * * * * * * * * *
_____

c/w No. 98-30491
_____

ROBERT KEVIN MCCARTNEY,

Plaintiff-Appellant,

versus

KEITH PERKINS; JEFF CLARK; DALE PARKER; RAY DELCOMYN;
TOM RIBAUDO; CLIFFORD STRIDDER, III,

Defendants-Appellees.

* * * * * * * * * *
_____

c/w No. 98-30492
_____

ROBERT KEVIN MCCARTNEY,

Plaintiff-Appellant,

versus

CLIFFORD STRIDDER, III; THOMAS RIBAUDO,

Defendants-Appellees.

* * * * * * * * * *
_____

c/w No. 98-30493
_____

ROBERT KEVIN MCCARTNEY,

Plaintiff-Appellant,

versus

CLYDE TERRAL; MIKE VILLARD; CHARLES WAGNER;
JAMES BUCK; CLIFFORD STRIDDER,

Defendants-Appellees.

* * * * * * * * * *
_____

c/w No. 98-30494
_____

ROBERT KEVIN MCCARTNEY,

Plaintiff-Appellant,

versus

JAMES BUCK; CHARLES WAGNER; VERNON CREECY;
WILLIAM HILTON; MIKE VILLARD; MONIQUE METOYER; JOHN DOE,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC Nos. 98-CV-38 c/w 98-CV-39, 98-CV-40,
98-CV-41, 98-CV-42
- - - - - - - - - -
August 26, 1998

Before SMITH, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Robert Kevin McCartney, Louisiana state prisoner #358987, appeals from the district court's dismissals of his five civil rights complaints as frivolous pursuant to 28 U.S.C. § 1915A. These cases have been consolidated for purposes of this appeal. McCartney argues that the district court erred by dismissing his complaints as repetitious and duplicative of earlier litigation. We have reviewed the record and find no reversible error. Because McCartney's appeals are frivolous, they are DISMISSED. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

We previously warned McCartney that additional frivolous appeals would result in the imposition of sanctions against him. Accordingly, McCartney is BARRED from filing any pro se civil appeal in this court without the prior written approval of an active judge of this court. Further, he is BARRED from filing any pro se initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court. The clerk of this court and the clerks of all federal district courts subject to the jurisdiction of this court are directed to return to McCartney, unfiled, any attempted submission inconsistent with this bar.

APPEALS DISMISSED; SANCTIONS IMPOSED.